**SEALED**

ORDERED UNSEALED on 05/28/2024  s/ melodyqui

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WALLACE JOSEPH JENKINS, <br><br> Defendant. | Case No.: **24MJ1700** <br><br> COMPLAINT FOR VIOLATION OF <br><br> Title 21, U.S.C., Secs. 841 (a)(1), 846 – Possession of Methamphetamine with Intent to Distribute (Felony); Conspiracy to Distribute Methamphetamine (Felony) |

The undersigned complainant being duly sworn states:

### Count One

Beginning on a date unknown and continuing up to and including July 31, 2023, within the Southern District of California, and elsewhere, defendant WALLACE JENKINS did knowingly and intentionally conspire with other persons known and unknown to distribute 50 grams and more, to wit: approximately 1.347 kilograms (2.97 pounds) of methamphetamine of a mixture and substance containing a detectable amount of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 846.

### Count Two

Beginning on a date unknown and continuing up to and including September 25, 2023, within the Southern District of California, and elsewhere, defendant WALLACE JENKINS did knowingly and intentionally conspire with other persons known and

unknown to distribute 50 grams and more, to wit: approximately 805.7 grams (1.77 pounds) of methamphetamine of a mixture and substance containing a detectable amount of methamphetamine (actual), a Schedule II controlled substance; in violation of Title 21, United States Code, Section 846.

### Count Three

On or about February 5, 2024, within the Southern District of California, defendant, Wallace JENKINS, did knowingly and intentionally possess, with intent to distribute, 50 grams and more, to wit: approximately 137.7 grams (0.30 pounds) of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

*Joseph Kerr*
Special Agent Joseph Kerr
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 1st of May, 2024.

HON. STEVE B. CHU
UNITED STATES MAGISTRATE JUDGE

## STATEMENT OF FACTS

*1. July 2023 Packages: Controlled Buys*

On June 5, 2023, Homeland Security Investigations (HSI) in San Ysidro, California received a call on the HSI Tip Line alleging that a father and son duo, Wallace Joseph JENKINS and Keith Michael JENKINS, were narcotics smugglers. HSI San Ysidro initiated an investigation into Wallace JENKINS and others known and unknown.

In July 2023, Keith JENKINS agreed to sell 1.347 kilograms (2.97 pounds) of methamphetamine and 30 fentanyl pills (25 grams, .055 pounds) to a Delaware State Police (DSP) undercover trooper (UC) for $9,900. After receiving the $9,900 from the UC, Keith Jennings texted the UC from phone number (ending in 4774) on July 21, 2023, stating, "Picked up cash. Getting product at 230. Sending Monday Morning." The UC did not receive any package, and contacted Keith JENKINS, who texted on July 24, 2023: "I can imagine. Your stressed but before you beet up my mom, lol. I will have a tracking number by end of the day. sorry so late. I was going to send my dad. But I got it. Give me 3 hrs. Sorry again man."

On July 26, 2023, the UC received a series of text messages from Keith JENKINS stating, "Donnie please don't freak out. The dope I got on Friday turED out to be shit when I looked at it Monday. I sent out a empty box to buy time. I'm inpatient in the hospital with pneumonia but my father is on it and will send out 3 whole one very soon. I am so sorry. You definitely aren't fucked. This will be fixed asap. I'm so sorry. Please give me couple days. My dad will call you also. Fuk I know I put you in a bad spot, when I opened the 3 pounds on Monday they were unacceptable […] I should be out of here in a few days. Dad will fix this."

On July 27, 2023, the UC received texts from Keith JENKINS stating, "Dude I got all your stuff secured here and I need to simply bring it over and mail it […] I'm sitting g here with my dad trying to come up with a solution. He will mail it but won't cross it. He gets sent to secondary all the time."

3

Keith JENKINS promised the UC he would mail the remaining 460 grams (1.01 pounds) and 30 pills (25 grams, .055 pounds) of fentanyl for free. Security footage obtained by USPIS showed that on July 28, 2023, Keith JENKINS mailed a package at the USPS located at 750 3rd Avenue, Chula Vista, California 91910, within the Southern District of California, to the Delaware address provided by the UC. On July 31, 2023, HSI in Delaware received the package, which contained 914.87 grams (2.01 pounds) of a white powdery substance that tested positive for methamphetamine. That second package was received by law enforcement in Delaware on August 16, 2023. The package contained 811 blue pills weighing 89.8 grams (.19 pounds), which tested positive for fentanyl.

*2. September 2023 Package*

On September 25, 2023, at approximately 3:52 PM, Wallace JENKINS and Keith JENKINS entered the United States from Mexico via lane number 34 at the San Ysidro Port of Entry ("POE") in San Diego, California. Wallace JENKINS was the driver and registered owner of the gray 2019 Kia Soul, bearing California license plate number 8EXUO36.

HSI surveilled the vehicle, which was subsequently was observed in the driveway of a residence, 628 Spruce Avenue, Imperial Beach, California 91932. Under continued surveillance, agents observed Wallace JENKINS and Keith JENKINS leave the residence, get into the vehicle, and drive to a U.S. Postal Service office located at 340 Oxford Street, Chula Vista, California 91911.

At approximately 4:57 PM, agents observed Wallace JENKINS exit the driver's side door of the vehicle and walk inside the USPS, then exit with a USPS shipping box. Agents observed Keith JENKINS exit the vehicle, open the backseat passenger door, and retrieve a plastic bag; Wallace and Keith JENKINS then walked to the back, Wallace opened the trunk, and Keith placed the bag inside the trunk. Keith removed items from the plastic bag and placed them in the USPS box. Agents then observed Keith carry the box into the USPS, with Wallace following behind him.

Security footage obtained showed Keith and Wallace JENKINS enter the USPS. As Keith JENKINS wrote on the shipping label and spoke to a USPS employee, an employee

handed Wallace JENKINS tape, and Wallace JENKINS quickly grabbed the open box, closed the flaps, and turned the package upside down. Security footage showed Wallace JENKINS peek inside the box, close the flaps, then look backwards to the USPS employee. The USPS employee then returned with a larger USPS box, which Keith JENKINS assembled and filled with the original item. Keith JENKINS had handed Wallace JENKINS an object from his shirt pocket, which Wallace JENKINS was observed reading from. Wallace JENKINS then sealed the package, and Keith JENKINS placed the USPS shipping label on top. The package was weighed, Keith JENKINS paid for shipping in cash, and the two exited the facility.

About two hours later, surveilling agents observed Wallace drive Keith JENKINS to the San Diego International Airport and saw Keith JENKINS exit the vehicle and walk towards the airport. On September 27, 2023, Keith JENKINS was arrested Delaware, in possession of 805.7 grams of methamphetamine. During a post-*Miranda* interview, Keith JENKINS admitted to mailing methamphetamine on September 25, 2023, from the USPS located at 340 Oxford Street, Chula Vista, California 91911 to his mother's house in Delaware.

*3. February 2024 Package*

On February 5, 2024, Wallace JENKINS entered the United States from Mexico at the San Ysidro Port of Entry in his gray 2019 Kia Soul, bearing California license plate number 8EXUO36. He was the sole occupant and registered owner of the vehicle. Wallace JENKINS was referred to secondary, a search yielded negative results, and he was released. Agents conducted surveillance on the vehicle. He was observed parked outside of 628 Spruce Avenue and seen leaving the residence holding an envelope. He then returned to the residence with the envelope and exited with an unidentified object in hand. JENKINS was observed driving to the USPS lot office located at 2701 Midway Drive, San Diego, California 92110, where he obtained a box and mailed a package to "Oujo Electric LLC 90 Tinton Falls Rd Farmingdale NJ 07727-3902" with the return address of

"Laurence Kolb Elect INC 830 Via Sonoma Dr 104 La Jolla CA 92037." JENKINS then drove back to 628 Spruce Avenue, Imperial Beach, and surveillance was terminated.

The package was quarantined, and following a positive canine alert, the package was searched pursuant to a Postal Warrant signed by Federal Magistrate Judge Steve Chu (24MJ463) on February 9, 2024. The search was executed on February 13, 2024, and revealed that the package contained a white crystalline substance that tested positive for methamphetamine. Laboratory analysis later confirmed the substance was 137.7 grams of methamphetamine (actual).